# UNITED STATES DISTRICT COURT
## District of Minnesota

Leonel Villagrana Flores

                Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Sheriff Joel Brott, Department of Homeland Security, Immigration and Customs Enforcement

                Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04474-PJS-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

petitioner's motion for a temporary restraining order [ECF No. 5] is GRANTED insofar as the Court ORDERS respondents to provide petitioner a bond hearing within 14 days.

Date: 12/5/2025                                                                  KATE M. FOGARTY, CLERK