UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

LEONEL V.F.[1],                      Case No. 25-CV-4474 (PJS/LIB)

           Petitioner,

v.                                                    ORDER OF DISMISSAL

PAMELA BONDI, U.S. Attorney General;
KRISTI NOEM, Secretary of the U.S.
Department of Homeland Security; TODD
M. LYONS, Acting Director of U.S.
Immigration and Customs Enforcement;
DAVID EASTERWOOD, Acting Director of
St. Paul Field Office of U.S. Immigration
and Customs Enforcement; and JOEL
BROTT, Sheriff of Sherburne County, in
their official capacities,

           Respondents.

---

Based upon the Joint Status Update filed by the parties on December 11, 2025 [ECF No. 12], wherein the parties agree that there are no issues remaining for the Court's resolution and that judgment may be entered,

       IT IS ORDERED that this action is dismissed without prejudice.

       LET JUDGMENT BE ENTERED ACCORDINGLY.

---

[1] Because this is an immigration case, the Court identifies petitioner only by his first name and last initial. *Cf.* Fed. R. Civ. P. 5.2(c).

Dated: December 12, 2025        /s/ Patrick J. Schiltz
                                Patrick J. Schiltz, Chief Judge
                                United States District Court