# UNITED STATES DISTRICT COURT
## District of Minnesota

Leonel Villagrana Flores

               Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood, Sheriff Joel Brott, Department of Homeland Security, Immigration and Customs Enforcement

               Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 25-cv-04474-PJS-LIB

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

    this action is dismissed without prejudice.

Date: 12/15/2025                                                        KATE M. FOGARTY, CLERK